UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-14846
David R Archibald  )
Elizabeth A Archibald  )  Chapter: 13
  )
  )  Honorable A. Benjamin Goldgar
  )
Debtor(s)  )

**ORDER DISMISSING CASE FOR UNREASONABLE DELAY**

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:
1. The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307 (c).

Enter:

Dated: 14 SEP 2018

United States Bankruptcy Judge

**Prepared by:**
Glenn Stearns Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
(630-981-3888)

Rev: 20120209_bko